# FEDERAL PUBLIC DEFENDER
*Southern District of Texas*
Bentsen Tower
1701 W. Business Highway 83, Suite 405
McAllen, Texas 78501

| | |
|---|---|
| **FEDERAL PUBLIC DEFENDER:** <br>   MARJORIE A. MEYERS | **Telephone:** <br> (956) 630-2995 |
| **BRANCH CHIEF:** <br>   MIGUEL A. A. NOGUERAS | **Fax:** <br> (956) 631-8647 |

November 25, 2020

**ATTENTION:**     **JULIE SANCHEZ**

**SUBJECT:**     **GUILTY PLEA**

The following individual is ready to plead guilty. Please set up for re-arraignment as soon as possible, at the Court's convenience.  Final Pretrial is set for December 2, 2020 at 2:00 p.m. and Jury Selection is set for December 4, 2020 at 9:00 a.m. before the Honorable Judge Micaela Alvarez.

M-20-1665          Jason Hernandez
                   AUSA: Michael Mitchell
                   East Hidalgo Detention Center
                   Deft. P/G to Single Count
                   Coercion and Enticement of a minor - 81 U.S.C. § 2422 (b)

Respectfully,

s/ Ruben Peña, Jr.
RUBEN PEÑA, JR.
Assistant Federal Public Defender

RP:cm
ECF: AUSA: Michael Mitchell